UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL ACTION NO. |
| | ) | |
| Plaintiff, | ) | 3:18-CR-00356-S |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS SELGAS, | ) | |
| MICHELLE L. SELGAS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## WITHDRAWAL OF JOINT REQUEST TO MODIFY CONDITION OF PRETRIAL RELEASE THAT PROHIBITS THE DEFENDANTS FROM POSSESSING A FIREARM

The Court has informed counsel for Mr. Selgas that there is, in fact, no restriction on his ability to possess a firearm. Mr. Selgas mistakenly believed he was unable to possess a firearm because this matter was discussed in the initial pretrial services interview. The undersigned should not have relied on Mr. Selgas' understanding and checked the actual order concerning the conditions of release. The motion (Document 37) should be withdrawn as moot as to both Mr. and Mrs. Selgas. The undersigned apologizes for the inconvenience it caused the Court.

        Respectfully submitted,

        /s/ Franklyn Mickelsen
        Franklyn Mickelsen
        Tx. Bar No. 14011020
        Broden & Mickelsen
        2600 State Street
        Dallas, Texas 75204
        214-720-9552
        214-720-9594 (facsimile)
        mick@texascrimlaw.com

        Attorney for Defendant
        Thomas Selgas


        /s/ John M. Helms
        John M. Helms
        Tx. Bar No. 09401001
        Law Office of John M. Helms
        12240 Inwood Road, Suite 220
        Dallas, Texas 75244
        469-951-8496
        john@johnhelmslaw.com

        Attorney for Defendant
        Michelle Selgas

## **CERTIFICATE OF SERVICE**

  I, Franklyn Mickelsen, certify that on November 28, 2018, I caused the foregoing document to be served via electronic filing on all counsel of record.

                    <u>/s/ Franklyn Mickelsen</u>
                    Franklyn Mickelsen