UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:18-CR-00356 |
| MICHELLE L. SELGAS (2) | |
| Defendant. | |

# REQUESTED JURY INSTRUCTIONS
# OF DEFENDANT MICHELLE SELGAS

Defendant Michelle Selgas incorporates and requests the jury instructions requested by her co-defendants.

Dated: September 9, 2019

Respectfully submitted:

*/s/ John M. Helms*
John M. Helms
Texas Bar No. 09401001
Law Office of John M. Helms
8100 John W. Carpenter Fwy., Suite 200
Ph: (469) 951-8496
Fax: (972) 330-2449
john@johnhelmslaw.com

**Attorney-In-Charge for Defendant**

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 9, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                          _/s/ John M. Helms_____
                                                          John M. Helms